USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
THOMAS O'CONNOR, on behalf of himself and others  :
similarly situated,                               :
                                                  :
                                                  :         16-CV-6055 (JMF) (DCF)
                        Plaintiff,                :
                                                  :         ORDER OF REFERENCE
        -v-                                       :         TO A MAGISTRATE
                                                  :         JUDGE
GALLAGHER'S FAMOUS, LLC and DEAN POLL,            :
                                                  :
                        Defendant.                :
                                                  :
------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute: _____

___  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___  Habeas Corpus

_x_  Settlement

___  Social Security

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

SO ORDERED.

Dated: August 2, 2016
       New York, New York

_____
JESSE M. FURMAN
United States District Judge