UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

THOMAS O'CONNOR, on behalf of
themselves and all others similarly situated,

          Plaintiffs,

v.

GALLAGHER'S FAMOUS, LLC and DEAN
POLL,

          Defendants.
----------------------------------------------------------x

```
.. SDNY
.OCUMENT
.LECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/17
```

INDEX NO. 16-CV-6055

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Named Plaintiff Thomas O'Connor,

as well as the following additional plaintiffs whom have since consented to join this action- Peter

R. Duquette, Thomas Heffernan, Mathew Smith, Frank D. Smith, Sione P. Taufa, and Fernando

Yepez – (the "Opt-In Plaintiffs") (the Named Plaintiff, together with the Opt-In Plaintiffs, are

collectively referred to herein as the "the Plaintiffs") and Defendants Gallagher's Famous, LLC

and Dean Poll ("Defendants") (Defendants, collectively with the Plaintiffs, are hereinafter

referred to as the "Parties"; each of the Parties, individually, is hereinafter referred to as a

"Party"), by and through their undersigned counsel, that the above-captioned action has been

resolved by the Parties.

The Court has reviewed a settlement agreement and deems it fair, pursuant to the Fair

Labor Standards Act § 216(b). The Parties accordingly agree that the above-captioned action be

and is hereby dismissed, with prejudice, and with no additional award of attorneys' fees or costs

by the Court to any Party. The Court retains jurisdiction to enforce the settlement, including by

1

entering a judgment in accordance with the settlement agreement in the event of non-payment by

Defendants.

Dated: New York, New York
        January ___, 2017

JOSEPH & KIRSCHENBAUM LLP

_____
D. Maimon Kirschenbaum
32 Broadway, Suite 601
New York, NY 10004

*Attorneys for Plaintiffs*

REED SMITH LLP

_____
David L. Weissman
599 Lexington Ave
New York, NY 10022

*Attorneys for Defendants*

*The Clerk of Court is directed*
*to close this case on the Docket of the Court.*

SO ORDERED:

_____
Hon. Debra Freeman, U.S.M.J.

Dated: ___March 6___, 2017
          New York, New York

2